

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00276-CV

_____

IN RE ANTERO RESOURCES CORPORATION, Relator

Original Proceeding
Trial Court No. 141-290089-17

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Relator Antero Resources Corporation has filed an "Unopposed Motion to Dismiss Petition for Writ of Mandamus." We grant the motion, dismiss relator's petition for writ of mandamus, and lift our stay order of July 29, 2019, which will have no further effect.

Per Curiam

Delivered: August 1, 2019